KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE PHILLIPS, individually, and on behalf of the Estate of Charles Phillips,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation; UNUM GROUP d.b.a. CSC LAWYERS INCORPORATING SERVICE, a Delaware Corporation, WEINGART CENTER ASSOCIATION, a California Corporation, and DOES 1-100,<br><br>Defendants. | CASE NO: 8:18-cv-00418-AG-KES<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 18-00418-AG-KES, is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: October 18, 2018      BY: _____

Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE